IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____Corpus Christi,_____ DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 18 2016
David J. Bradley, Clerk of Court

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Jimmy Arneal Butler #1747497
Plaintiff's name and ID Number
3201 FM 929
Gatesville, Tx. 76528
Place of Confinement Alfred Hughes Unit

W.G. McConnell Unit
v. Jose H. Hernandez (LT)
3001 S. Emily Dr.
Beeville, Tx. 78102
Defendant's name and address
Garrett D. Dressler (C.O.II)
3001 S. Emily Drive
Beeville Tx 78102
Defendant's name and address
Christopher A. Lane (C.O.III)
3001 S. Emily Dr.
Beeville, Tx. 78102
Defendant's name and address
(DO NOT USE "ET AL.")

CASE NO: _____
(Clerk will assign the number)

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?  _____ YES  __X__ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __N/A__

2. Parties to previous lawsuit:
   Plaintiff(s): __N/A__
   
   Defendant(s): __N/A__

3. Court (If federal, name the district; if state, name the county) __N/A__

4. Docket Number: __N/A__

5. Name of judge to whom case was assigned: __N/A__

6. Disposition: (Was the case dismissed, appealed, still pending?)
   __N/A__

7. Approximate date of disposition: __N/A__

II. PLACE OF PRESENT CONFINEMENT: _Hughes Unit 3201 FM 929 Gatesville, Tx. 76597_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? __\__ YES __ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THE SUIT:

A. Name of address of plaintiff: _N/A_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Jose H. Hernander (Lt) (W.G. McConnell Unit) 3001 S. Emily Dr., Beeville, Tx. 78102_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
_Failure to investigate a non-locked cell ; failure to protect plaintiff rights._

Defendant #2: _Garett D. Dressler (C.O. II) (W.G. McConnell Unit) 3001 S. Emily Dr. Beeville, Tx. 78102_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
_Stood cellside, failure to protect plaintiff ; failure to stop assault_

Defendant #3: _Christoper A. Lane (C.O. II) (W.G. McConnell Unit) 3001 S. Emily Dr., Beeville, Tx. 78102_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
_Stood at cellside, failure to protect plaintiff, from assault._

Defendant #4: _Corey Furr (Ass. Warden) (W.G. Connell Unit) Failure to secure all doors as well as 12F A-section is secured._

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: ____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 1-8-16, I notified Lt. Jose H. Hernandez; verbally, i gave him an I-60 that I was living in dailey fear of my safety; life. Offender, Adam Broomfield #1680324, had made serious threats to exit his cell, which the lock meganism was broken, but Lt. Jose H. Hernandez, he ignored my pleas to secure cell or move the offender (Adam Broomfield, also known as a "Aru Affiliate" Gang member! On 1-8-16, I was being handcuff behind my back to go shower, when offender A. Broomfield, exit his cell, ranned to my cell, intered it ; began beating me unconcious. As a result, I substained 4-stichches to my right upper eye, left neck injury ; right lower back injury.

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Plaintiff ask the courts to bring alleadged Defendant, named in this civil complaint befor the "bar of Justice" in their individual ; official capacity for compensation ; sum of $60.000⁰⁰

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Jimmie A. Butler, Jimmy A. Butler, James A. Butler

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

818598 , 1747497

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES  _X_ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (If federal, give district and division): N/A
  2. Case Number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied? ___ YES  _X_ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES _X_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warning were imposed: __N/A__

Executed on: __10/13/16__
(Date)

__Jimmy A. Butler #1747497__
(Printed Name)

__J. Butler__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __13__ day of __October__, 20__16__.
(Day)        (Month)        (Year)

__Jimmy A. Butler__
(Printed Name)

__J. Butler__
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

## DEPRIVATION OF PLAINTIFF'S FOURTEENTH [14]

## AMENDMENT RIGHTS

I, Jimmie A. Butler     TDCJ-ID Number 1747497 (hereinafter referred to as [PLAINTIFF] states, the foregoing, pursuant to Title 28 U.S.C.A. 1746 under oath, and under the pains and penalty of perjury, that; An offender in a prison has a constitutional right to be reasonably protected from the "CONSTANT" threat of violence and physical assault from his fellow offenders. The prison officials have failed to exercise reasonable care to prevent "GANG MEMBERS" from intentionally inflicting harm or creating unreasonable risk of harm to other (offenders) prisoners.

Confinement in a prison "Where terror reigns" is cruel and unusual punishment. Furthermore, the failure to control or separate "KNOWN GANG MEMBERS" who endanger the physical safety of other offenders, can constitute cruel and unusual punishment.

Suffice it to say, that all officials owe a constitutionally rooted duty to their prisoner's to provide them reasonable protection from injury at the hands of their fellow prisoners [GANG MEMBERS].

Plaintiff contends, whether expressed in the Fifth or Eight Amendment terms, this classify prisoners, or to provide adequate space for exercise. That is, this is not a case that addresses what is popularly referred to as prison reform. It is instead a Civil Suit for compensation for injuries flowing from a deprivation of a basic liberty interest... "A RIGHT TO BE REASONABLY PROTECTED FROM THE CONSTANT THREAT OF VIOLENCE AND PHYSICAL ASSAULT FROM HIS FELLOW PRISONERS."

Sworn to, and executed on this the 13 day of Oct. 2016.

Respectfully, J. Butler

Case 2:16-cv-00435 Document 1 Filed on 10/18/16 in TXSD Page 7 of 10

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 18 2016

David J. Bradley, Clerk of Court

To whom it may concern;

I am illiterate to law & I'm requesting a civil trial counsel.

Jimmy A. Butler #1747497
Hughes Unit
3201 FM 929
Gatesville, Tx. 76597

10/13/16

# Texas Department of Criminal Justice
# STEP 2    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2016110142
UGI Rec'd Date: MAR 24 2016
HQ Rec'd Date: JUL 18 2016
Date Due: 8-22
Grievance Code: 522
Investigator ID#: 1722
Extension Date: 10-1

Offender Name: Jimmy Butler    TDCJ #: 1747497
Unit: MC    Housing Assignment: 127-43
Unit where incident occurred: MC

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

This grievance is late because of "medical chain." To whom it may concern... 127-73 our cell-door was snatched open by another inmate due to its malfunction. And because of its malfunction, I was seriously assaulted, I suffered 4-stiches to my right upper eye; no officer tried to stop the assault or intervien. No chemical agents were used or an use of force, which I was handcuffed behind my back, which Officer Lane & Officer Dussler both stood & watched the assault, intentionally & willingly. My Rights were violated during this assault; for a fact, 127-73 at the McConnell Unit is altered. I was in complete fear of my life during this assault; was in fear again being rehoused in 127-73. Once again, my rights were violated due to this malfunction on this door

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

; C.O.³ Jane ; C.O.² Dressler not intervening, or using agents. (8th Amendment; 14 Amendment) McConnell Unit's Seg is not safe! It's suppose to be but its not ; ~~inmates~~ inmates come out at any time

**Offender Signature:** Jimmy Butler    **Date:** 7-8-16

**Grievance Response:**

Your complaint has been noted and was appropriately addressed at step one. Evidence revealed you are no longer assigned to the McConnell Unit; therefore, are no longer in immediate jeopardy from McConnell offender and/or staff. No further action warranted.    E. Garza, Region IV Assistant Director

**Signature Authority:** Eric Jaya    **Date:** 8/17/16

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened   ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2ⁿᵈ Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened   ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3ʳᵈ Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened   ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)    Appendix G

Jimmy A. Butler #1717497
3209 Fm 929
Gatesville, Tex 76597
Hughes Unit

Clerk, U.S. District Court
Southern District of Texas
FILED
OCT 18 2016
David J. Bradley, Clerk of Court

U.S. District Clerk, OCC's
1133 N Shoreline Blvd.
Corpus Christi, Tx. 78401